1

2

3

4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____/

MDL No. 3084

This Order Relates To:

*M.H. v. Uber, Inc.*,
Case No. 3:23-cv-06200-CRB

*S.A. v. Uber, Inc.*,
Case No. 3:24-cv-02845-CRB

*Z.W. v. Uber, Inc.*,
Case No. 3:24-cv-02844-CRB

*K.H. v. Uber, Inc.*,
Case No. 3:24-cv-02840-CRB

*A.P. vs. Uber, Inc.*,
Case No. 3:23-cv-06357-CRB

*J.C. vs. Uber, Inc.*,
Case No. 3:24-cv-03965-CRB

*T.L. vs. Uber Inc.*,
Case No. 3:24-cv-03966-CRB

*K.R. vs. Uber, Inc.*,
Case No. 3:24-cv-06313-CRB

*J.B. v. Uber, Inc.*,
Case No. 3:23-cv-06692-CRB

**ORDER DISMISSING CASES
WITHOUT PREJUDICE**

Re: Dkt. No. 1649, 1675, 1878, 2128,
2221, 2431, 2724, 2817

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

*C.C. vs. Uber, Inc.*,
Case No. 3:24-cv-05962-CRB

*L.D. v. Uber, Inc.*,
Case No. 3:24-cv-05306-CRB

*J.H. v. Uber, Inc.*,
Case No. 3:24-cv-03441-CRB

*C.H. vs. Uber, Inc.*,
Case No. 3:24-cv-04363-CRB

*R.D. v. Uber, Inc.*,
Case No. 3:24-cv-05393-CRB

*J.K. v. Uber, Inc.*,
Case No. 3:24-cv-05463-CRB

*M.P. v. Uber, Inc.*,
Case No. 3:24-cv-05688-CRB

*T.F. v. Uber, Inc.*,
Case No. 3:24-cv-05768-CRB

*A.O. v. Uber, Inc.*,
Case No. 3:24-cv-05717-CRB

*S.H. v. Uber, Inc.*,
Case No. 3:24-cv-07156-CRB

*B.S. v. Uber, Inc.*,
Case No. 3:24-cv-06948-CRB

*C.S. v. Uber, Inc.*,
Case No. 3:24-cv-06923-CRB

*Jane Doe EB 22 v. Uber, Inc.*,
Case No. 3:24-cv-05245-CRB

*Naccarato v. Uber, Inc.*,
Case No. 3:24-cv-05312-CRB

*Jane Doe EB 19 v. Uber, Inc.*,
Case No. 3:24-cv-05217-CRB

*Jane Doe EB 10 v. Uber, Inc.*,
Case No. 3:24-cv-05197-CRB

*K.B. v. Uber, Inc.*,
Case No. 3:24-cv-05719-CRB

*D.M.S. v. Uber, Inc.*,
Case No. 3:24-cv-05606-CRB

*C.A. v. Uber, Inc.*,
Case No. 3:24-cv-07553-CRB

*CLF J.T. v. Uber, Inc.*,
Case No. 3:25-cv-01043-CRB

Due to the failure by plaintiffs to file a notice indicating whether they intend to pursue their actions following the withdrawal of their counsel, the above-captioned cases are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 2, 2025

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

3